IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOREEN BURGESS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DOLLAR TREE STORES, INC. | : | NO. 14-1727 |

ORDER

AND NOW, this 4th day of February, 2015, upon consideration of defendant Dollar Tree Stores, Inc.'s motion for summary judgment (docket entry #32), plaintiff's response thereto, and defendant's reply, it is hereby ORDERED that:

1. Defendant's motion for summary judgment is GRANTED; and

2. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:


  /s/ Stewart Dalzell, J.
Stewart Dalzell, J.